

# Velva L. Price
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**

June 25, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-15000374 and Court of Appeals number 03-15-00368-CV, styled, LAURA PRESSLEY V. GREGORIO "GREG" CASAR, is due in your office today, June 25, 2015. Due to the size of the clerk's record, it is necessary to split the record into two (2) volumes and hand number the second volume. Therefore, I am requesting an extension for filing the clerk's record by June 29, 2015.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-4309

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309